Form DEFAMD (05/10)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Barbara Lynn Reffitt**<br>2010 Wallace Road<br>Weberville, MI 48892<br>SSN: xxx–xx–3106<br><br>**Debtor(s)** | **Case Number 10–06046–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

## Chapter 7 NOTICE OF FILING(S) DUE

A petition was filed in the above–referenced case on 5/10/10 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future. Schedules, Statements of Affairs, and Chapter 13 plans are generally due 14 days from the date on which the petition was filed. See Bankruptcy Rules 1007 and 3015 for more information.

    Application for IFP due 5/24/2010

Please note that if the above–referenced case was filed under Chapter 13, Local Rule 3015(b) directs that the failure to file the required schedules and statements required by FRBP 1007(b) or Plan required by FRBP 3015 within 14 days from the date of filing the petition (or any extension thereof) will result in the case automatically being DISMISSED by the Court without further hearing.

Local Rule 5005–2(g) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties.

Daniel M. LaVille
Clerk of Court

**Dated:** May 11, 2010