UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

BARBARA LYNN REFFITT,

Case No. 10-06046
Chapter 7

Debtor.

_____/

## ORDER TRANSFERRING VENUE

At a session of Bankruptcy Court held in and for this District, this __MAY 11 2010__

PRESENT:   HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On May 10, 2010, Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code. However, the court takes judicial notice from Debtor's petition that her residence is in Livingston County, Michigan. The court further takes judicial notice that Livingston County is not within this court's jurisdiction, but rather is within the jurisdiction of the United States Bankruptcy Court for the Eastern District of Michigan. And finally, the court finds that improperly continuing venue in this district would be an abuse of process and that the interests of justice will otherwise be served by transferring venue to the United States Bankruptcy Court for the Eastern District of Michigan.

Therefore, for the reasons stated, this court is exercising its power under 11 U.S.C. § 105(a) to transfer venue of this case to the United States Bankruptcy Court for the Eastern District of Michigan. 28 U.S.C. § 1406. *See also Thompson v. Greenwood*, 507 F.3d 416 (6th Cir. 2007). Accordingly, the Clerk of this Court is directed to take the appropriate steps necessary to transfer this case to the United States Bankruptcy Court for the Eastern District of Michigan unless a motion under FED. R. BANKR. P. 9023 or 9024 is filed within ten (10) days of the service of this order.

_____  5/11/10
Hon. Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to first-class United States mail upon: (_5/12/10_) (dsk)).

Barbara Lynn Reffitt
2010 Wallace Road
Weberville, MI 48892